# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JOHN EDMUND SCHNEIDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF HINESVILLE, SUPERIOR ) <br> COURT OF LIBERTY COUNTY, and ) <br> F. BARRY WILKS, ) <br> ) <br> Defendants. ) | Case No. CV410-016 |

## **REPORT AND RECOMMENDATION**

In an order dated January 26, 2010, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Over 30 days have passed, but plaintiff has not returned the Consent to Collection of Fees form. Consequently, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 22nd day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA