FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUL 19 AM 10: 00

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOHN EDMUND SCHNEIDER, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV410-016 |
| CITY OF HINESVILLE, SUPERIOR ) COURT OF LIBERTY COUNTY, and ) F. BARRY WILKS, ) | |
| Defendants. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 19th day of July, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA